KATRINA SANCHEZ
P.O BOX 1679 #4062
SACRAMENTO, CA 95812
SAFE AT HOME PARTICIPANT
phone: (805) 817-7122
email: paralegalhelpinca@gmail.com
*PLAINTIFF in Pro Per*

NO CV-30

FILED
CLERK, U.S. DISTRICT COURT

05/22/2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___GSA___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KATRINA SANCHEZ, an individual )
and ONLY THE STRONG SURVIVE, a )
corporation, )
                              )
                Plaintiff, )
                              )
        v.                    )
                              )
RUSSELL D. REDEAUX, an        )
individual; OTSS, LLC; and Does)
1 through 10                  )
                              )
                Defendants.)
——————————————————————————————)

CASE NO. 2:25-cv-04669-RGK-(SSCx)

COMPLAINT FOR TRADEMARK
INFRINGEMENT AND UNFAIR
COMPETITION

Jury Trial Demanded: X Yes
☐ No

Plaintiff alleges as follows:

### GENERAL ALLEGATIONS

1.    Plaintiff  Katrina  Sanchez  doing  business  as OTSS

Foundation; and Only The Strong Survive Foundation ("Plaintiff"),

for her Complaint against Defendants Russell D. Redeaux; and OTSS,

LLC (collectively, "Defendants"), alleges as follows:

//

//

//

COMPLAINT                          1

## I. JURISDICTION

2.    This Court has subject matter jurisdiction over this action pursuant to *28 U.S.C. §§ 1331 and 1338(a)* because it arises under the *Lanham Act, 15 U.S.C. § 1051 et seq.* This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to *28 U.S.C. § 1367.*

3.    This Court has personal jurisdiction over Defendants because they have purposefully directed their activities toward California and have purposefully availed themselves of the benefits and protections of California law by transacting business in California that relates to the claims alleged in this Complaint.

## II. VENUE

4.    Venue is proper in this District pursuant to *28 U.S.C. § 1391(b)* because a substantial part of the events or omissions giving rise to the claims occurred in this District, and Defendants are subject to personal jurisdiction in this District.

## III. PARTIES

5.    Plaintiff Katrina Sanchez is an individual doing business as "OTSS Foundation"; and "Only The Strong Survive Foundation, a corporation." Confidential pursuant to *California Government Code § 6206-6208.5*, Plaintiff Sanchez is a Safe at Home Program Participant resident of Los Angeles, California, and is the founder and Executive Director of Only The Strong Survive Foundation, a California Non-Profit Public Benefit Corporation.

//

6.   Upon information and belief, Plaintiff Sanchez is the mother of Defendant's son.

7.   Upon information and belief, Defendant Russell D. Redeaux is an individual residing in Thousand Oaks, CA.

8.   Upon information and belief, Defendant OTSS, LLC is a Mississippi limited liability company with its principal place of business in Mississippi and USPTO applicant.

9.   Upon information and belief, Defendant Redeaux is the father of Plaintiff's son.

## IV. STATEMENT OF FACTS

10.   In 2016, Plaintiff Sanchez first began using the mark "ONLY THE STRONG SURVIVE" in connection with community programs to support artists and entertainers. The phrase has deep personal significance to Plaintiff Sanchez, representing her journey of resilience and strength.

11.  On April 9, 2018, Plaintiff Sanchez incorporated as a Non-Profit Public Benefit Corporation with the California Secretary of State under the name ONLY THE STRONG SURVIVE FOUNDATION.

12.   On June 8, 2019, Plaintiff Sanchez established a clothing brand under the name OTSS-ONLY THE STRONG SURVIVE specifically for her son, creating the OTSS mark as an abbreviation of "ONLY THE STRONG SURVIVE." Plaintiff Sanchez entered into contracts with manufacturers to produce apparel bearing the OTSS mark.

//

//

13.   Defendant Russell D. Redeaux had full knowledge of Plaintiff's prior use and ownership of these marks. In 2019, when Plaintiff Sanchez was developing the OTSS clothing brand, she provided Defendant Redeaux with samples of
OTSS-branded t-shirts and offered him the opportunity to participate in the business as a family endeavor. Defendant Redeaux ignored the invitation to participate at that time.

14.   Plaintiff Sanchez has used "ONLY THE STRONG SURVIVE" continuously since 2016 and "OTSS" continuously since 2019 in commerce.

15.   Plaintiff Sanchez has invested over $150,000 in developing and promoting these marks through social media marketing, community events, and charitable activities.

16.   Plaintiff's Sanchez marks "OTSS" and "ONLY THE STRONG SURVIVE" are legal equivalents under the doctrine of trademark tacking established in Hana Financial v. Hana Bank, 575 U.S. 175 (2015), as they create the same commercial impression and are understood by consumers as representing the same source.

17.   Plaintiff Sanchez continues to actively use both marks. On April 26, 2025, a professional boxer showcased the "OTSS" mark on her boxing shorts during a televised boxing match, demonstrating the ongoing commercial recognition of Plaintiff's brand.

//

//

//

//

COMPLAINT                                   4

18.   Plaintiff Sanchez has an upcoming fashion show scheduled for June 6, 2025 and other community events, that will further showcase the "ONLY THE STRONG SURVIVE" and "OTSS" marks. This event involves contracts and commitments that would be severely damaged by any confusion over the ownership of these marks.

19.   Plaintiff Sanchez has filed trademark applications with the United States Patent and Trademark Office for "OTSS" (Serial No. 98499296) on April 14, 2024, and "ONLY THE STRONG SURVIVE FOUNDATION" (Serial No. 98577766) on May 31, 2024.

20.   Despite his knowledge of Plaintiff's Sanchez prior use and his earlier refusal to participate in the business, on August 15, 2022, Defendant Russell D. Redeaux filed trademark application Serial No. 97549083 with the United States Patent and Trademark Office ("USPTO") for the mark "ONLY THE STRONG SURVIVE" in bad faith.

21.   Beginning in January 2024, Defendant Redeaux and OTSS, LLC published or caused to be published multiple false articles misrepresenting the origin and ownership of the OTSS brand, including: The Founder's Report which is now taken down; Business of College Sports article falsely claiming Russell and son "co-founded" OTSS, and AI4Chat article falsely stating "OTSS was a family-run operation, with son and Russell shipping orders out of their garage."

//

//

//

COMPLAINT                          5

22. On July 9, 2024, Plaintiff's Sanchez counsel sent a cease and desist letter to Defendant Russell D. Redeaux, demanding that he stop using "ONLY THE STRONG SURVIVE" and "OTSS" marks. Defendant Redeaux refused to comply.

23. On March 17, 2025, Defendant Redeaux and Plaintiff Sanchez try to confer and come to a mutual settlement agreement on the brand however, Defendant Redeaux  made verbal threats to Plaintiff Sanchez, stating that  he would "do something to [her] and fight [her] at all costs against this mark" if she continued
 pursuing trademark protection and because he didn't agree to the true mission statement of this brand. This threatening conduct occurred at Cheesecake Factory in Thousand Oaks, California, with the parties' son present, causing Plaintiff Sanchez fears for her safety.

24. Defendant's Redeaux do not follow court orders, he have a recent violation of court-ordered probation terms (DUI arrest on February 9, 2025, while still on probation for a 2023 DUI after being explicitly ordered by a court not to drink and drive) which I understand this may not be appropriate for this court but it demonstrates a pattern of disregarding judicial directives and legal authority, indicating that voluntary compliance with any trademark-related court order would be unlikely.

//
//
//
//

COMPLAINT                                    6

25.    On April 9, 2025, Plaintiff Sanchez attempted to file an opposition to Defendant OTSS, LLC trademark application but Plaintiff Sanchez encountered technical difficulties with the USPTO's electronic filing system before Plaintiff Sanchez extension deadline expired.

26.    On April 18, 2025, Plaintiff Sanchez filed a Petition to the Director of the USPTO regarding these technical difficulties, requesting acceptance of Plaintiff Sanchez late-filed opposition.

27.    On May 13, 2025, Plaintiff Sanchez spoke with USPTO representative Rhonda (call receipt #2-00300087), who confirmed that there is a three-month backlog for consideration of petitions to the Director.

28.    On May 13, 2025, Plaintiff Sanchez spoke with USPTO representative Ayesha (call receipt #2-00332272), who confirmed that Defendant's application is scheduled to receive a Notice of Allowance on May 27, 2025, and that the USPTO would possibly honor a court order directing them to take action regarding Defendant OTSS, LLC application depending on specific factors within the law.

//
//
//
//
//
//
//
//

29.   Defendants' conduct demonstrates willful bad faith infringement, including: filing his trademark application years after declining to participate in Plaintiff's business; publishing false articles claiming co-ownership of the brand he knew Plaintiff created; pressuring the parties' minor son to promote Defendant's Redeaux and OTSS, LLC version of the brand; making threatening statements when confronted about his infringement; and continuing his infringing activities despite receiving a cease-and-desist letter.

30.   Defendants' Redeaux and OTSS, LLC use of the identical marks in connection with similar goods and services is causing, and is likely to continue to cause confusion, mistakes, or deception among consumers as to the source, sponsorship, or approval of Defendants' Redeaux and OTSS, LLC goods and services.

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**(FEDERAL TRADEMARK INFRINGEMENT - *15 U.S.C. § 1125(a)*)**

**(As against Defendants: Russell D. Redeaux and OTSS, LLC)**

31.   Plaintiff Sanchez repeats and realleges each of the allegations set forth in Paragraphs 1 through 29 as if fully set forth herein.

32.   Plaintiff Sanchez has used the "ONLY THE STRONG SURVIVE" mark in commerce continuously since 2016 and the "OTSS" mark continuously since 2019, establishing common law rights to both marks.

COMPLAINT                                   8

33.   Defendants' Redeaux and OTSS, LLC use of the identical marks for similar goods and services are likely to cause consumer confusion, mistakes, or deception as to the origin, sponsorship, or approval of Defendants' goods and services.

34.   Defendants Redeaux and OTSS, LLC actions constitute trademark infringement in violation of *Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)*.

35.   As a result of Defendants' Redeaux and OTSS, LLC infringement, Plaintiff Sanchez has suffered and will continue to suffer irreparable harm to her business, reputation, and goodwill.

36.   Plaintiff Sanchez is entitled to injunctive relief, damages, and other remedies provided by law.

### SECOND CAUSE OF ACTION

### (UNFAIR COMPETITION AND FALSE DESIGNATION

### OF ORIGIN - *15 U.S.C. § 1125(a))*

(As against Defendants: Russell D. Redeaux and OTSS, LLC)

37.   Plaintiff Sanchez repeats and realleges each of the allegations set forth in Paragraphs 1 through 35 as if fully set forth herein.

38.   Defendants' Redeaux and OTSS, LLC unauthorized use of the ONLY THE STRONG SURVIVE and OTSS marks constitutes a false designation of origin and false representation that Defendants' Redeaux and OTSS, LLC goods and services originate from, or are affiliated with, sponsored by, or approved by, Plaintiff Sanchez.

COMPLAINT                          9

39.  Defendants' Redeaux and OTSS, LC actions constitute unfair competition and false designation of origin in violation of *Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)*.

40.  As a result of Defendants' Redeaux and OTSS, LLC unfair competition and false designation of origin, Plaintiff Sanchez has suffered and will continue to suffer irreparable harm to her business, reputation, and goodwill.

41.  Plaintiff Sanchez is entitled to injunctive relief, damages, and other remedies provided by law.

### THIRD CAUSE OF ACTION

### (FALSE ADVERTISING - *15 U.S.C. § 1125(a)*)

### (As against Defendants: Russell D. Redeaux and OTSS, LLC)

42.  Plaintiff Sanchez repeats and realleges each of the allegations set forth in Paragraphs 1 through 40 as if fully set forth herein.

43.  Defendants Redeaux and OTSS, LLC have made false and misleading statements of fact in commercial advertising and promotion regarding the origin and ownership of the OTSS brand, including but not limited to: falsely claiming that Russell and son "co-founded" OTSS; falsely representing that "OTSS was a family-run operation, with son and Russell shipping orders out of their garage"; misrepresenting Russell as a "co-founder" of the brand in multiple published articles; and omitting the material fact that Plaintiff Redeaux alone created the OTSS brand for her son in 2019.

COMPLAINT                              10

44.   These false statements are material to consumers' purchasing decisions, have deceived a substantial segment of consumers and were made with knowledge of their falsity or with reckless disregard for the truth.

45.   Defendants' Redeaux and OTSS, LLC false advertising has damaged Plaintiff's Sanchez business reputation, confused consumers about the true ownership of the OTSS brand, and diverted business from Plaintiff Sanchez to Defendants Redeaux and OTSS, LLC.

46.   Defendants' Redeaux and OTSS, LLC false advertising constitutes unfair competition in violation of *Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).*

47.   As a result of Defendants' Redeaux and OTSS, LLC false advertising, Plaintiff Sanchez has suffered and will continue to suffer irreparable harm to her business, reputation, and goodwill that cannot be adequately compensated by monetary damages.

48.   Plaintiff Sanchez is entitled to injunctive relief, corrective advertising, actual damages, defendant's profits, and other remedies provided by law.

### FOURTH CAUSE OF ACTION

**(CALIFORNIA UNFAIR COMPETITION - *Cal. Bus. & Prof. Code § 17200*)**

**(As against Defendants: Russell D. Redeaux and OTSS, LLC)**

49.   Plaintiff Sanchez repeats and realleges each of the allegations set forth in Paragraphs 1 through 47 as if fully set forth herein.

//

COMPLAINT                    11

50.   Defendants' unauthorized use of the ONLY THE STRONG SURVIVE and OTSS marks, and their false advertising regarding the origin and ownership of these marks, constitutes unlawful, unfair, and fraudulent business practices in violation of *California Business and Professions Code § 17200 et seq.*

51.   As a result of Defendants' Redeaux and OTSS, LLC unfair competition, Plaintiff Sanchez has suffered and will continue to suffer irreparable harm to her business, reputation, and goodwill.

52.   Plaintiff Sanchez is entitled to injunctive relief, restitution, and other remedies provided by law.

## FIFTH CAUSE OF ACTION

### (COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION)

### (As against Defendants: Russell D. Redeaux and OTSS, LLC)

53.   Plaintiff Sanchez repeats and realleges each of the allegations set forth in Paragraphs 1 through 51 as if fully set forth herein.

54.   Plaintiff Sanchez has prior rights in the ONLY THE STRONG SURVIVE and OTSS marks under California common law.

55.   Defendants' Redeaux and OTSS, LLC unauthorized use of the identical marks constitutes common law trademark infringement and unfair competition.

56.   As a result of Defendants' Redeaux and OTSS, LLC common law trademark infringement and unfair competition, Plaintiff Sanchez has suffered and will continue to suffer irreparable harm to her business, reputation, and goodwill.

COMPLAINT                          12

57.    Plaintiff Sanchez is entitled to injunctive relief, damages, and other remedies provided by law.

PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Sanchez respectfully requests that this Court:

A.    Enter a temporary restraining order, preliminary injunction, and permanent injunction enjoining

Defendant Redeaux and OTSS, LLC and their agents, servants, employees, and all persons

acting in concert with them, from using the ONLY THE STRONG SURVIVE and OTSS marks

or any mark confusingly similar thereto;

B.    Order Defendants Redeaux and OTSS, LLC to withdraw trademark application Serial No.

97549083 for ONLY THE STRONG SURVIVE effectively immediately;

C.    *Pursuant to 15 U.S.C. § 1119,* order that trademark application Serial No. 97549083 be

refused registration by the USPTO;

D.    Order the Clerk of Court to send a certified copy of this Court's Order to the USPTO to provide notice of this pending litigation concerning trademark application Serial No. 97549083;

E.    Order the USPTO to suspend further proceedings on current Defendants Redeaux and OTSS, LLC "ONLY THE STRONG SURVIVE" trademark application pending the resolution of this action effectively immediately;

//

COMPLAINT                                    13

F.    Order Defendants Redeaux and OTSS, LLC to cease pressuring or otherwise communicating with the PARTIES' son, PARTIES son schools and Redeaux or STAMPX regarding the promotion or marketing of the ONLY THE STRONG SURVIVE or OTSS brands effectively immediately;

G.    Award Plaintiff Sanchez damages as to Defendants' Redeaux and OTSS, LLC trademark infringement and unfair competition effectively immediately;

H.    Award Plaintiff Sanchez enhanced damages for Defendants' Redeaux and OTSS, LLC willful trademark infringement effectively immediately;

I.    Order Plaintiff Sanchez, Plaintiff Only The Strong Survive Foundation and Defendants Redeaux and OTSS, LLC mandatory mediation;

J.    Award Plaintiff Sanchez her costs, expenses, and reasonable attorneys' fees incurred in this action effectively immediately; and

K.    Grant such other and further relief as the Court deems just and proper.


May 21, 2025                                Respectfully submitted,


                                           /s/Katrina Sanchez

                                           KATRINA SANCHEZ

                                           Plaintiff in Pro Per

**DEMAND FOR JURY TRIAL**

    By its undersigned Plaintiff hereby demands a jury trial.


DATED: May 21, 2025                    /s/Katrina Sanchez

                                        KATRINA SANCHEZ

                                        Plaintiff in Pro Per

**EXHIBIT INDEX**

Exhibit A: Articles of Incorporation to show proof of business - Only The Strong Survive Foundation (April 9, 2018)

Exhibit B: Proof of Manufacturer Contract for OTSS Clothing email, product specs, customer feedback (June 20, 2019)

Exhibit C: Website Screenshots - www.otssfoundation.org (2017) www.otssclothing.com (2019-Present)

Exhibit D: Community Event Flyer and Photographs (November 1, 2020)

Exhibit E: IRS 501(c)(3) Tax-Exempt Status Letter (January 15, 2021)

Exhibit F: Safe at Home Program Confidential Address Certification - Cal. Gov. Code § 6205 et seq.

Exhibit G: Text Message Exchanges between parties coercing to promote the brand.

Exhibit H: Cease and Desist Letter to Defendant (July 9, 2024)

Exhibit I: Public Articles on internet promoting brand but on USPTO if was stated, not currently in use but intend to use.

Exhibit J: USPTO Communications, Technical Difficulties Documentation and Petition (April 2025)

Exhibit K: Defendant, Redeaux promoting "ONLY THE STRONG SURVIVE" mark in commerce

Exhibit L: Defendant trademark application for mark, "ONLY THE STRONG SURVIVE" (August 2022) with intent to use

Exhibit M: Plaintiff proof of commerce in 2019 photo and USPTO applications

Exhibit N: Email to Defendant attorney, Jessany as to notice of filing

EXHIBIT INDEX

# EXHIBIT A

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY
INJUNCTION**

Certificate of Incorporation for ONLY THE STRONG SURVIVE FOUNDATION, dated April 9,
2018, issued by the California Secretary of State.

EXHIBIT A



**Secretary of State**
**Articles of Incorporation of a**
**Nonprofit Public Benefit Corporation**

ARTS-PB-
501(c)(3)

**FILED**
**Secretary of State**
**State of California**

**APR 09 2018**

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

Filing Fee  –  $30.00

Copy Fees  –  First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* A separate California Franchise Tax Board application is required to obtain
tax exempt status. For more information, go to *https://www.ftb.ca.gov.*

**1.  Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

The name of the corporation is  Only The Strong Survives Foundation

**2.  Business Addresses** (Enter the complete business addresses. Item 2a cannot be a P.O.Box or "in care of" an individual or entity.)

| a. Initial Street Address of Corporation - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1055 West 7th Street #3300 | Los Angeles | CA | 90017 |
| b. Initial Mailing Address of Corporation, if different than item 2a | City (no abbreviations) | State | Zip Code |

**3.  Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tatiana | | Sanchez | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 18330 Milmore Ave | Carson | CA | 90746 |

CORPORATION – Complete Item 3c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4.  Purpose Statement**

Item 4a:  One or both boxes must be checked.
Item 4b:  If "public" purposes is checked in Item 4a, or if you intend to apply for tax-exempt status in California, you
must enter the specific purpose in Item 4b.)

a. This corporation is a nonprofit **Public Benefit** Corporation and is not organized for private gain of any person. It is organized under
the Nonprofit Public Benefit Corporation Law for: ☐ **public** purposes. ☑ **charitable** purposes.

b. The specific purpose of this corporation is to _____ .

**5.  Additional Statements** (See Instructions and Filing Tips.)

a. This corporation is organized and operated exclusively for the purposes set forth in **Article 4** hereof within the meaning of Internal
Revenue Code section 501(c)(3).
b. No substantial part of the activities of this corporation shall consist of carrying on propaganda, or otherwise attempting to influence
legislation, and this corporation shall not participate or intervene in any political campaign (including the publishing or distribution of
statements) on behalf of any candidate for public office.
c. The property of this corporation is irrevocably dedicated to the purposes in **Article 4** hereof and no part of the net income or assets
of this corporation shall ever inure to the benefit of any director, officer or member thereof or to the benefit of any private person.
d. Upon the dissolution or winding up of this corporation, its assets remaining after payment, or provision for payment, of all debts and
liabilities of this corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated
exclusively for **charitable, educational and/or religious** purposes and which has established its tax-exempt status under Internal
Revenue Code section 501(c)(3).

**6.  Read and Sign Below** (This form must be signed by each incorporator. **See Instructions.** Do not include a title.)

Signature

Katrina Sanchez

Type or Print Name

ARTS-PB-501(c)(3) (REV 03/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

# EXHIBIT B

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Proof of Manufacturing contracts for OTSS-branded apparel, dated June 8, 2019, including production specifications, and payment receipts.

M    to me ▾

Thu, Jun 13, 2019, 4:55 PM

Trina,

Yes, we can help set up shop for your son. I've attached an 70/30 agreement form. Please have him sign and send back a copy. Not sure if you wanted to do the 60/30/10 deal. If so, lmk and I'll send you another form.

thanks,

•••

**One attachment** · Scanned by Gmail ⓘ



# OTSS Clothing   Inbox ×

**SignNow**                                                           Thu, Jun 13, 2019, 11:50 PM   ☆

████████████████ent you the attached document "One Month - Merchandise Agreement Form 70_30.pdf" using SignNow. Use SignNow on i…

**Trina** ████████████████████                                        Thu, Jun 13, 2019, 11:51 PM   ☆   ☺   ↩   ⋮

to Mitchell ▼

Hi Mitch,

Please see attachment

Thanks,

Trima

• • •

**One attachment** · Scanned by Gmail ⓘ



# Wrong shirt-OTSS

✦ Summarize this email

 **Trina** ███████████████     Tue, Jul 16, 2019, 12:56 PM  ☆  ☺  ↢  ⋮

to Mitchell, OTSS ▾

Hi Mitch,

Please see customer shirt attached that was printed incorrectly

Thanks,

Trina

---

**One attachment** • Scanned by Gmail ⓘ





**Trina**    Fri, Jun 14, 2019, 9:53 AM

Mitch, So we going to run the website via wix. Which fulfillment source do you use? We will give you access to the site but think the payments will go via …



**M**    Tue, Jun 18, 2019, 1:55 PM

to me

  

We use Shopify that we can link your son's shop to for us to run. We need to handle all backend such as payment processing... therefore not sure what you mean by payments go via Paypal?

thanks,



...

**Trina**    Wed, Jun 19, 2019, 10:45 AM

Hi Mitch, Ok Wix had ask for payment method but i cancelled Wix and sign him up with Shopify. I sent you a grant access link and this is it: https://otss-clo…



# EXHIBIT C

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

OTSS Website Screenshots www.otssclothing.com (2019-present).

---

EXHIBIT C



| | | | |
|---|---|---|---|
| L | 30" | 22" | |
| XL | 31" | 24" | |
| XXL | 32" | 26" | |
| XXXL | 33" | 28" | |

**Color** White

**Size**

| Small | Medium | Large | X-Large |
|---|---|---|---|

| XX-Large | XXX-Large | Youth / XL |
|---|---|---|

| Youth / Small | Youth / Medium | Youth / Large |
|---|---|---|

**Quantity**    −    1    +

**Care Instructions**

Machine wash cold, inside out. Hang dry recommended. Do not dry clean.

Add to cart

Buy with **shop** Pay

More payment options







**MERCHLABS**

SHOP    COLLABS    ABOUT    CONTACT



OTSS

OTSS – LOGO HOODIE

$42.00

XX-Large

Quantity      −    1    +

**Care Instructions**
Machine wash cold. Inside out. Hang dry recommended. Do not dry clean.

Add to cart

Buy with **shop** Pay

More payment options

YOU MAY ALSO LIKE



| Logo Hoodie | Logo Hoodie | Logo Hoodie | Logo Hoodie |
| Wolff Cards | Devon Smillie | Bedrock LA | Wolff Cards |
| $57.00 | $55.00 | From $57.00 | $57.00 |



Menu
Size Chart
Delivery Information
Return Information
Privacy Policy
Terms & Conditions
Contact

Social media
Follow MerchLabs

Join the VIP list – Free!
Join our mailing list for special offers, early access, and more!

Email address

© MerchLabs. All Rights Reserved
Create freely, freely create

English    USD      Shop    Collabs    About    Contact

Refund policy    Privacy policy    Terms of service

Follow on shop

# EXHIBIT D

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

ONLY STRONG SURVIVE COMMUNITY EVENTS AND PHOTOS



**otssfoundation**

Only The Strong Foundation, HiddenSole and Da PoinT Lounge presents....

# HOLIDAY GIFT
## GIVING DRIVE

For the less fortunate children and families in Downtown Los Angeles, Ca.

## WE ARE SEEKING
## SUPPORTERS
that will like to donate gifts for this holiday season giving

### We are accepting the following:
(new or old)

- Toys
- Electronic Devices
- Clothes
- Shampoo/Conditioners
- Shoes
- Blankets
- Men Toiletries
- Women Toiletries

### Drop off Deadline
# Dec 21st

Drop off locations will be based in **Southbay area**

More information
Candis (818) 645-5515
Trina (818) 287-8048
**www.otssfoundation.org**

WE APPRECIATE YOUR SUPPORT AND THIS IS A 501(C)(3) NON PROFIT ORGANIZATION

**Our Partners**






ONLY THE STRONG SURVIVE FOUNDATION PRESENTS

# Time for a CHANGE

## FREE Benefit Virtual Panel and Concert

**SUNDAY NOV 1ST, 2020 | TIME: 1PM (PST)**

RSVP ONLINE: www.otssfoundation.org

**Empowering Black Excellence and Supporting Struggling Artists**

## $1,000 Sponsorship Giveaway



MODERATED BY:
**DJ Charisma**



HOSTED BY:
**Gary Hardie Jr.**
Politician



FEATURED PANELIST:
**Erica Chan**
Fashion Nova Executive



**Mathew Knowles**
Music Manager Executive



**Julius Darrington**
Record executive /A&R consultant



**Gerald Lacey II**
Investor



**Shatava Lindsey**
Reality Star/ TV Celebrity Fashion Stylist



**Jawane Hilton**
City of Carson Councilman



PERFORMANCE BY:
**Eric Bellinger**

**OTSS**
Only The Strong Survive Foundation

**DONATE NOW: $otssfoundation**

Media/Press E-mail: clauren@charissalauren.com

# EXHIBIT E

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

IRS 501(c)(3)- Tax Exempt Letter



**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
P.O. Box 2508
Cincinnati, OH 45201

ONLY THE STRONG SURVIVES FOUNDATION
1055 WEST 7TH STREET UNIT 3300
LOS ANGELES, CA 90017

**Date:**
08/19/2021
**Employer ID number:**
85-0772706
**Person to contact:**
Name: Eric Kaye
ID number: 31612
Telephone: (877) 829-5500
**Accounting period ending:**
December 31
**Public charity status:**
170(b)(1)(A)(vi)
**Form 990 / 990-EZ / 990-N required:**
Yes
**Effective date of exemption:**
January 15, 2021
**Contribution deductibility:**
Yes
**Addendum applies:**
No
**DLN:**
26053420001581

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct contributions they make to you under IRC Section 170. You're also qualified to receive tax deductible bequests, devises, transfers or gifts under Section 2055, 2106, or 2522. This letter could help resolve questions on your exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as either public charities or private foundations. We determined you're a public charity under the IRC Section listed at the top of this letter.

If we indicated at the top of this letter that you're required to file Form 990/990-EZ/990-N, our records show you're required to file an annual information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N, the e-Postcard). If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

For important information about your responsibilities as a tax-exempt organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, which describes your recordkeeping, reporting, and disclosure requirements.

Sincerely,

*Stephen A. Martin*

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

**Letter 947 (Rev. 2-2020)**
Catalog Number 35152P

# EXHIBIT F

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Safe at Home Program Confidential Address Certificate

---

# SHIRLEY N. WEBER, Ph.D.

## CALIFORNIA SECRETARY OF STATE

Safe at Home | Management Services Division | P.O. Box 846 | Sacramento, CA 95812
**Tel** 877.322.5227 | **Fax** 916.653.7625 | www.sos.ca.gov/registries/safe-home

April 24, 2025

To Whom It May Concern:

This serves as certification that **Katrina ▇▇▇ Sanchez and their 1 MINOR child ▇▇▇▇▇▇▇▇▇▇▇** are active participants of the Safe at Home, Confidential Address Program. **Katrina Izma Sanchez and their 1 MINOR child ▇▇▇▇▇▇▇▇** were certified by the California Secretary of State's Safe at Home Program on **May 18, 2024**. Under current law, participants are certified for a period of four years and are allowed to renew their certification as needed.

The Safe at Home address (designated by the Secretary of State) used by a program participant shall be accepted by the courts, state, and local entities pursuant to Section 6207 of the Government Code. In addition, the Secretary of State serves as the legal agent to accept and forward mail on behalf of all participants. If it becomes necessary to execute a process service, two copies of each document being served are required and shall be delivered to the Secretary of State's office, 1500 11th Street, 6th Floor in Sacramento, between the hours of 8:00 am & 5:00 p.m.

Participation in the statewide confidential address program allows a participant's physical address location to become *confidential and protected from their perpetrator and public records access*. The participant's designated Safe at Home address should be accepted for placement on future court and legal documents or state and local public records pertaining to the participant. The participant's address should be listed as:

**Katrina ▇▇▇ Sanchez #4062**
**P.O. Box 1679**
**Sacramento, CA 95812**

The Safe at Home program has provided address protection to more than 13,000 survivors of abuse in California and we are thankful for your assistance in continuing to meet this objective. Please feel free to contact the Safe at Home program office, weekdays from 8:00 a.m. to 5:00 p.m. at (916) 653-1769 if you have any questions or require additional information.

Sincerely,

Liz Hall
Program Director
Safe at Home
Secretary of State's Office

Rev.7.2022

# EXHIBIT G

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Text messages between parties, defendant showing coercion

10:24

92



R

**D & Parents** ›



Son Second #

Why is otss still in on it

We not clear on it so why is it on there

Russ

Lets talk about it

I will send both of you guys a proposal based off what Russ proposed when we talked in Washington about it.

D can then talk about it and decide if he wants to move forward on the brand. I will do it this evening since shoot is in a few days.

iMessage

7:39

D & Parents

as far as OTSS i am sending you a counter proposal to convert it into a family trust and allow the trust to own the brand and trademarks! I forgot to send the email yesterday

5:44 PM

**Edited**

Register Deshonne for summer school

6:05 PM

D cant miss nomore school, all meetings, travel, bookings, interviews shoots etc have to be conducted during his spring break, evenings or on the weekends

6:19 PM

**Edited**

i want to do something like this for D where

iMessage

# EXHIBIT H

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Cease and Desist letter to Defendant.

# PARKER · STANBURY LLP

ATTORNEYS AT LAW
444 SOUTH FLOWER STREET
NINETEENTH FLOOR
LOS ANGELES, CA 90071-2901
TELEPHONE (213) 622-5124
FAX (213) 622-4858
E-MAIL: LA@PARKSTAN.COM

DOUGLASS H. MORI
JOHN D. BARRETT, JR. *
J. LUIS GARCIA †
DAVID E. COWAN
GEORGE A. HUNLOCK
RICARDO A. MERCADO
MATTHEW W. DAVIS
REYNALDO C. SANTOS
B. PETER LEE
MARCUS BASTIDA
ROSEMARIE MERRILL
DAVID C. LANE
MATHEW L. MAY
ALEX L. SHIA
GLENN M. HABAS

GEORGANN CARMAN
JAMES L. WOLFSEN
KELLY A. SHERIDAN
HANS W. CHEN
AARON U. FREEMAN
GREGORY T. FONG
JOSEPH R. SERPICO
ROCCO A. PAPALIA
MELANIE M. BUTLER
CLAUDIA M. PALENCIA
KRISTOFFER M. GARRISON
SUZANNE K. GOLDEN
IAN G. STERLING
MICHAEL COMPTON
ELIZABETH SOUTHERLAND

CARL H. STARRETT II
SHARIE ZAHAB
ALEXIS MOORE
LINDA IRELAND
M. JOLEENE FLORES
BRIDGET ESQUIBIAS
TAYLOR FOLAND

_OF COUNSEL_:

SANAM NAVAB
BRADLEY J. SPARKS
MICHAEL SALANICK
MEGAN E. GALLAGHER
MARYAM ABRISHAMCAR

LARS F. KUSHNER
PATRICIA MILLER
WILLIAM HOPKINS
KYLE C. BENKIE
SALPY KABAKLIAN-SLENTZ
FELIX P. MONTERO
LINDA H. MUCHAMEL
LAURIE HOWELL
ANTHONY F. SCHERZII

* ASSOCIATE IN AMERICAN BOARD OF TRIAL ADVOCATES
† MEMBER OF AMERICAN BOARD OF TRIAL ADVOCATES

HARRY D. PARKER (1891-1976)
RAYMOND G. STANBURY (1904-1966)

July 9, 2024


Russell Redeaux
3176 Casino Drive
Thousand Oaks, CA 91362


Dear Mr. Redeaux:                 Re:  Katrina Sanchez
                                       "ONLY THE STRONG SURVIVE"
                                       <u>Our File No.: CA1-27W-EM7</u>

Please be advised that Katrina Sanchez has consulted with our law offices regarding your bad-faith registration of the above-referenced trademark (USPTO Ser. No. 97549083).

Ms. Sanchez informs us that you had actual knowledge of her prior use in commerce (since 2019 for a clothing brand, and since 2016 for a community program) to the name "ONLY THE STRONG SURVIVE" when you applied with the USPTO.

Your actions constitute trademark infringement, unfair business practices and a violation of the Lanham Act.  The remedies available to Ms. Sanchez include compensation for damages, statutory penalties and reimbursement of her legal fees.

Accordingly, we hereby demand that you withdraw your pending trademark application and that you refrain from any use of her mark, "ONLY THE STRONG SURVIVE".

Please send written confirmation that you will abide by the foregoing demand within ten business days as of the date of this letter.  Said confirmation should be sent to the undersigned referencing our file number (CA1-27W-EM7).

# EXHIBIT I

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Published articles containing false statements about the origin and ownership of the OTSS brand, including:

Published  articles falsely claiming Defendant Redeaux and son "co-founded" Only the strong Survive

EXHIBIT I



# EXHIBIT J

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

USPTO Communications, Petition and Technical Documentations

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

KATRINA SANCHEZ

████████████████████

███████████████

February 9, 2025

Serial No.: **97549083**

## ESTTA TRACKING NO: ESTTA1413907

The request to extend time to oppose is granted until **04/09/2025** on behalf of

potential opposer **KATRINA SANCHEZ.**

Please do not hesitate to contact the Trademark Trial and Appeal Board at

(571)272-8500 if you have any questions relating to this extension.

# Notice of opposition

1 — **Application** — 2 Opposition data — 3 Opposer information — 4 Pleading — 5 Review and submit

You may navigate to any page in your draft using the multistep navigation tools provided on this page

**∧ Application**

    **Application data**

**∨ Opposition data**

**∨ Opposer information**

**∨ Pleading**

**∨ Review and submit**

PTO-2120 OMB No. 0651-0040 (Exp. 11/30/2026) Under the Paperwork

⚠ You can't oppose this mark because it was published for opposition on Dec 10, 2024 and the period for opposition expired on Jan 9, 2025.   ✕

## Application data

**Hide explanation**

ⓘ **When can I file an opposition?**
You can file an opposition within:

- The 30-day period after a mark publishes in the Official Gazette
- An extension of time to oppose that the TTAB granted to you or your privy.

See 15 U.S.C. §§ 1062(a) ↗ , 1063(a) ↗ , and TBMP § 306.01 ↗ .

To identify the application you want to oppose, select an unexpired extension of time to

**Fee summary**

The fee for filing your notice of opposition will be displayed here.

Feedback


# Attn: Nicole Thier

**Date:** April 9, 2025

**To:** Trademark Trial and Appeal Board United States Patent and Trademark Office

**Re:** Technical Difficulties Filing Opposition to Application Serial No. 97549083 Mark: ONLY THE STRONG SURVIVE Applicant: Russell Redeaux Extension Expiration Date: April 9, 2025

Dear USPTO Attorney:

I am writing to inform you that I experienced technical difficulties while attempting to file a Notice of Opposition against the above-referenced trademark application on, April 9, 2025, which was the final day of my approved extension period to oppose.

## Details of the Incident

PTO- 2301
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Petition to Director

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 97549083 |
| **PETITION** | |
| **PETITION STATEMENT** | Petition to accept late-filed Notice of Opposition due to technical difficulties with the ESTTA system that prevented timely filing despite having a valid extension until April 9, 2025 (ESTTA Tracking No. ESTTA1413907). Technical issues with email verification in the USPTO system were confirmed by USPTO representative (receipt #200276486). |

## EXPLANATION OF FILING

I, Katrina I. Sanchez, hereby petition the Director of the USPTO to accept my late-filed Notice of Opposition against Application Serial No. 97549083 pursuant to 37 C.F.R. ? 2.146 and TMEP ? 1702. FACTS AND PROCEDURAL HISTORY: I am the creator and prior user of "ONLY THE STRONG SURVIVE" and "OTSS" dating back to 2016/2017. I was granted an extension until April 9, 2025 (ESTTA Tracking No. ESTTA1413907). On April 9, 2025, I made multiple attempts to file through ESTTA but encountered technical difficulties preventing submission. I immediately contacted TTAB via email explaining these issues. On April 10, 2025 at 7:16am PST, I called USPTO (receipt #200276486). Representative Shocka confirmed the issue was due to email verification problems. My USPTO account is under trinafunding@gmail.com, but the opposition required producedbytrina@gmail.com or otsscorp@gmail.com. I could not pass ID verification with producedbytrina@gmail.com because the system recognized I already had an account



10:55

From    Bowling, Dwayne
        Dwayne.Bowling@uspto.gov

To

Date    Apr 22, 2025 at 7:52 AM

🔒      Standard encryption (TLS)
        Learn more

Hello Katrina,

My apology I didn't understand your question but, yes, serial number 97549083 status is as follows:

**STATUS:**    686 - PUBLISHED FOR OPPOSITION

**STATUS**    04/21/2025





From    USPTO No-Reply
usptonoreply@uspto.gov

To

Date    May 14, 2025 at 11:25 AM

🔒   Standard encryption (TLS)
Learn more

Dear Katrina Sanchez:

Thank you for contacting the Trademark Assistance Center (TAC) about your phone call with the United States Patent and Trademark Office (USPTO).

USPTO records indicate that you spoke with a USPTO representative on 05/13/2025. The reference number for that call is 2-00332272.

If you have any questions, or if you need more information, please contact us by calling 571-272-9250 and

 Reply      Forward     

# EXHIBIT K

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Defendant promoting mark "ONLY THE STRONG SURVIVE" in commerce

**rrstampx**



♡ 52   💬 3   ◁

🔖

**rrstampx** My son **@d_otss** coming with new line OTSS "Only Strong Survive"

June 22, 2019





**rrstampx** Survival of the fittest...Let the games begin @d1.thagreat @otss_thebrand

December 24, 2021

rrstampede and deeered4
#52

rrstampede · Original audio

· · ·





Liked by **c0ley_85** and **others**

**rrstampede** We can show you better then we can tell you

Strength
the capacity of an object or substance to withstand great force or pressure.

Today Marks the Day We Survived ‼️

New @otss_thebrand commercial

# EXHIBIT L

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Defendant USPTO application showing intent to use mark

**Disclaimer:** "ONLY THE STRONG SURVIVE"

**Design Search Code(s):** 07.09.01 - Pyramids, monument

26.01.08 - Circles having letters or numerals as a border; Circles having punctuation as a border; Letters, numerals or punctuation forming or bordering the perimeter of a circle

## ▾ Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | All-purpose carrying travel bags; duffle bags; gym bags; backpacks |

| **International Class(es):** | 018 - Primary Class | **U.S Class(es):** | 001, 002, 003, 022, 041 |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |

| | |
|---|---|
| **For:** | Towels; bed sheets; pillowcases; comforters; bed blankets; bed skirts; bed blankets, namely, throw blankets |

| **International Class(es):** | 024 - Primary Class | **U.S Class(es):** | 042, 050 |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |

| | |
|---|---|
| **For:** | Clothing, namely, tops, bottoms, shirts, sweatpants, socks, sweaters, sweat-wicking shirts, sweat-wicking pants, tank tops, sports bras, leggings, men's underwear, women's underwear, yoga pants, jumpsuits, slides being footwear, bike shorts, sweat shorts, and basketball shorts; sweatshirts; t-shirts; socks; outerwear clothing, namely, beanies, bucket hats, trucker hats, fitted baseball hats, gloves, letterman jackets, bomber jackets, and yoga jackets; hats; footwear |

| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |

## ▾ Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |

# EXHIBIT M

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Plaintiff, Sanchez proof of commerce

Trina Sanchez

**All**  Posts  People  Reels  Groups



**Trina Sanchez** is with **Trinity Sanchez** and **2 others**.   •••

Jun 26, 2019 · 👥

Starting my son and lil brother own clothing brand. #Onlythestrongsurvive = OTSS... See more






👍❤️ 47          10 comments  1 share

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98577766**
**Filing Date: 05/31/2024**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | ONLY THE STRONG SURVIVE FOUNDATION |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | ONLY THE STRONG SURVIVE FOUNDATION |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | SANCHEZ, KATRINA I |
| *MAILING ADDRESS | P.O BOX 1679 #4062 |
| *CITY | SACRAMENTO |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 95812 |
| PHONE | 818-287-8048 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **OWNER DOMICILE ADDRESS(NEW)** | |
| *ADDRESS | XXXX |
| *CITY | XXXX |

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98499296**
**Filing Date: 04/14/2024**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | OTSS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | OTSS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Sanchez, Katrina I |
| *MAILING ADDRESS | ██████████████ |
| *CITY | ███████ |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 90746 |
| PHONE | ████████ |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | ███████████████████ |
| DBA/AKA/TA/FORMERLY | █████████ |
| *MAILING ADDRESS | 3635 WEST TWAIN AVE SUITE A |
| *CITY | LAS VEGAS |

# EXHIBIT N

**DECLARATION OF KATRINA SANCHEZ IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

Proof of Notice to Defendant attorney Jessany

# Service of Emergency TRO Filing - Sanchez v. Redeaux

✦ Summarize this email

**Trina** 

to jessany, bcc: paralegalhelpinca ▼

Wed, May 21, 10:40 PM (7 hours ago)   ☆   ☺   ↩   ⋮

May 21, 2025

Good evening Ms. Garrett,

It was great speaking to you briefly earlier. Per your instructions, I am informing you in writing that I will be filing an Emergency Ex Parte Application for TRO  RE: the urgent May 27, 2025 USPTO deadline. Do you accept service on behalf of both Russell D. Redeaux and OTSS, LLC? If not, please advise how you prefer service to be completed.

Please call/text me (ONLY) if I do not respond in a timely manner

Thank you and have a pleasant evening,

Katrina Sanchez

↩ Reply     → Forward     ☺

**Trina** 

to jessany

Wed, May 21, 11:07 PM (6 hours ago)    

Ms. Garrett,

Also, please let me know if you oppose this application; if you or your client wish to be present at any hearing on this matter?

Thank you,

Katrina Sanchez

• • •

↩ Reply     ↪ Forward     ☺